# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FLASH MARKET, INC., | )<br>) |
| Defendant. | ) |

No. 2:17-cv-02717-TLP-tmp

JURY DEMAND

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Plaintiff's Complaint, filed on September 28, 2017.  (ECF No. 1.)  In accordance with the Consent Decree (ECF No. 32), agreed to by the parties in this case,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.  As reflected in the Consent Decree, the Court shall retain jurisdiction to enforce its terms.  Each party shall bear its own costs and attorney's fees.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 9, 2019
Date